# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127547(12)

GRIEVANCE ADMINISTRATOR,
     Petitioner-Appellant,

v

GEOFFREY N. FIEGER,
     Respondent-Appellee.

SC: 127547
ADB: 01-55-GA

_____

     On order of the Chief Justice, the motion by respondent-appellee for extension of the time for filing his brief on appeal is considered and, it appearing the brief was timely filed on January 3, 2006, the motion is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2006

Clerk